FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 1 7 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

PATRICK SLOANE
Assistant U.S. Attorney
Texas State Bar No. 24077228
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Email: Patrick.Sloane@usdoj.gov
*Attorneys for Plaintiff*

REDACTED FOR
PUBLIC DISCLOSURE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| United States of America, | No. | CR-26-8032-PCT-DWL (ASB) |
|---|---|---|
| Plaintiff, | | **INDICTMENT** |
| vs. | VIO: | 18 U.S.C. §§ 659 and 2 (Possession or Receipt of Goods Stolen from Interstate Shipment, Aid and Abet) Count 1 |
| 1. Javier Eduardo Valdez Fierro, a.k.a. Javier Eduardo Valdez-Fierro, | | |
| 2. Alberto Jordan Atienzo-Otero, | | 18 U.S.C. § 981(a)(1)(C) 21 U.S.C. §853(p) 28 U.S.C. §2461(c) (Forfeiture Allegation) |
| 3. Jose Angel Rodriguez-Hurtado, | | |
| 4. Christian Andres Castro-Torres, | | |
| 5. Pedro Eliezer Sotelo Veliz, a.k.a. Pedro Elieser Soltelo-Veliz, | | |
| 6. Yamir Eduardo Hernandez-Luzanilla, | | |
| 7. Leobardo Martinez-Vasquez, | | |
| 8. Jordy Manuel Verdugo-Gutierrez, | | |
| Defendants. | | |

**THE GRAND JURY CHARGES:**

///

///

## COUNT 1

On or about March 2, 2026, in the District of Arizona, the defendants, Javier Eduardo VALDEZ-Fierro, Alberto Jordan ATIENZO-Otero, Jose Angel RODRIGUEZ-Hurtado, Christian Andres CASTRO-Torres, Pedro Elieser SOLTELO-Veliz, Yamir Eduardo HERNANDEZ-Luzanilla, Leobardo MARTINEZ-Vasquez, and Jordy Manuel VERDUGO-Gutierrez knowingly aided and abetted known and unknown individuals in the possession of goods and chattels of a value in excess of $1,000, that is Nike shoes, which had been stolen from a BNSF train while moving in interstate commerce from California to Arizona, knowing the said goods and chattels to be stolen.

In violation of Title 18, United State Code, Sections 659 and 2.

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Count 1 of this indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 21, United States Code, Sections 853(p), and Title 28, United States Code, Section 2461(c), upon conviction of the offense alleged in Count 1 of this indictment, the defendants shall forfeit to the United States of America all right, title, and interest in any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said

- 2 -

defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Section 981(a)(1)(C), Title 21, United States Code, Sections 853(p), and Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: March 17, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

s/
PATRICK SLOANE
Assistant U.S. Attorney